# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLEAN AIR COUNCIL )<br>135 South 19th Street, Suite 300 )<br>Philadelphia, PA 19103 )<br>　　　　　　　　　　　　　　　　　　　 )<br>　　*Plaintiff*, )<br>　　　　　　　　　　　　　　　　　　　 )<br>　　v.　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　 )<br>FEDERAL ENERGY REGULATORY )<br>COMMISSION )<br>888 First Street, NE )<br>Washington, DC 20426 )<br>　　　　　　　　　　　　　　　　　　　 )<br>　　*Defendant*. )  | Civil Action No. 20-cv-03646 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the clerk of court and all parties of record:

Please take notice that Jennifer E. Clark respectfully withdraws her appearance as counsel for the Plaintiff in the above-captioned case.  Alexander Bomstein will continue to serve as counsel for the Plaintiff.

　　　　　　　　　　　　　　　　Respectfully submitted on January 4, 2021,

　　　　　　　　　　　　　　　　/s/ Jennifer E. Clark
　　　　　　　　　　　　　　　　Jennifer E. Clark
　　　　　　　　　　　　　　　　PA ID No. 200636
　　　　　　　　　　　　　　　　jclark@cleanair.org

　　　　　　　　　　　　　　　　Alexander G. Bomstein
　　　　　　　　　　　　　　　　PA ID No. 206983
　　　　　　　　　　　　　　　　abomstein@cleanair.org
　　　　　　　　　　　　　　　　Clean Air Council
　　　　　　　　　　　　　　　　135 South 19th Street, Suite 300
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　215-567-4004

　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 4, 2021, I electronically filed the foregoing document with the United States Court of Appeals for the Eastern District of Pennsylvania by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

FEDERAL ENERGY REGULATORY COMMISSION
888 First Street, NE
Washington, DC 20426


　　　　　　　　　　　　　　　　 /s/  Jennifer E. Clark

　　　　　　　　　　　　　　　Jennifer E. Clark
　　　　　　　　　　　　　　　PA ID No. 200636
　　　　　　　　　　　　　　　jclark@cleanair.org

　　　　　　　　　　　　　　　Clean Air Council
　　　　　　　　　　　　　　　135 South 19th Street, Suite 300
　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　215-567-4004

　　　　　　　　　　　　　　　*Counsel for Plaintiff*