IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLEAN AIR COUNCIL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. 20-3646 (JHS) |
| FEDERAL ENERGY REGULATORY COMMISSION, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION SEEKING ADDITIONAL TIME
FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

1. Plaintiff's complaint is brought pursuant to the Freedom of Information Act, ("FOIA"), 5 U.S.C. § 552 *et. seq*, and concerns a FOIA request submitted to the Federal Energy Regulatory Commission ("FERC") on February 14, 2020.

2. FERC has responded to plaintiff's FOIA request and produced responsive material.

3. FERC's deadline to answer or otherwise respond to the complaint is June 14, 2021.

4. The parties are in settlement discussions to resolve this matter. Accordingly, FERC respectfully requests additional time – up to and including June 30, 2021 – to answer or otherwise respond to the complaint. Plaintiff does not object to this request.

Date:  June 14, 2021                                                         Respectfully submitted,


*/s/ Alex Bomstein*                                                              */s/ Eric D. Gill*
Alex Bomstein, Esq.                                                           Eric D. Gill
Clean Air Council                                                                 Assistant United States Attorney
135 South 19th Street, Suite 300                                      United States Attorney's Office
Philadelphia, PA 19103                                                      615 Chestnut Street, Suite 1250
                                                                                             Philadelphia, PA 19106


*Attorneys for Plaintiff*                                                      *Attorneys for FERC*

Case 2:20-cv-03646-JHS   Document 13   Filed 06/14/21   Page 2 of 2

2

SO APPROVED BY THE COURT this _____ day of _____, 2021

_____
HONORABLE JOEL H. SLOMSKY
*Judge, United States District Court*

SO APPROVED BY THE COURT this _____ day of _____, 2021

_____
HONORABLE JOEL H. SLOMSKY
*Judge, United States District Court*